UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>  v.<br><br>TIMOTHY ARCHER, Trustee of the Archer Family Trust; CHARLOTTE ARCHER, Trustee of the Archer Family Trust; TRIMON, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:16-CV-02502-MEJ<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 16, 2016                    _____
                                          HONORABLE MARIA-ELENA JAMES
                                          UNITED STATES MAGISTRATE COURT
                                          JUDGE

1